# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 13-397V
Filed: February 19, 2014

```
* * * * * * * * * * * * * *
JASMIN ROST,                          *    NOT TO BE PUBLISHED
                                      *
                                      *    Special Master
                                      *    Hamilton-Fieldman
              Petitioner,             *
v.                                    *
                                      *    Decision on Attorneys' Fees and Costs.
SECRETARY OF HEALTH                   *
AND HUMAN SERVICES,                   *
                                      *
              Respondent.             *
* * * * * * * * * * * * * *
```

Thomas P. Gallagher, Somers Point, NJ, for Petitioners.
Justine Daigneault, Washington, DC, for Respondent.

## DECISION[1] (ATTORNEY FEES AND COSTS)

    In this case under the National Vaccine Injury Compensation Program, the undersigned issued a decision on February 4, 2014. On February 18, 2014, the parties filed a stipulation concerning attorney's fees and costs in this matter. The parties' stipulation requests a total payment of $10,750.00, representing attorney's fees and costs. The stipulation also requests that Petitioner be reimbursed for $350.00 in costs.

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party (1) that is trade secret or commercial or financial information and is privileged or confidential, or (2) that are medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, "the entire" decision will be available to the public. *Id.*

1

I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. Accordingly, I hereby award the total $10,750.00, as a lump sum in the form of a check payable jointly to Petitioner and Petitioner's counsel, Thomas P. Gallagher, Esq. I additionally award the total of $350.00 in the form of a check payable solely to Petitioner.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.

**IT IS SO ORDERED.**

      /s/ Lisa D. Hamilton-Fieldman
Lisa D. Hamilton-Fieldman
Special Master